No. 87–5826. PARHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5833. WILLIAMS v. WELDON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 87–5880. MCCLINE v. KEENEY, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 87–5915. SLAUGHTER v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 87–5921. BETTISTEA ET AL. v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 87–5972. OSPINA v. UNITED STATES; and
No. 87–6011. RAMOS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5980. BURTON v. OHIO STATE ADULT PAROLE AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 87–5983. WATSON v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5987. GATES v. SAN QUENTIN WARDEN. C. A. 9th Cir. Certiorari denied.

No. 87–5990. RAY v. UNITED STATES; and
No. 87–6162. MAY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5999. COZAD v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 87–6010. TINSLEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–6028. DRYDEN v. MUSTAIN ET AL. C. A. 10th Cir. Certiorari denied.